IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CASSANDRA BAKER | : | CIVIL ACTION |
| v. | : | |
| PATRICK R. DONAHOE | : | NO. ~~13-1314~~ 13-1341 |

### O R D E R

AND NOW, this 24th day of April, 2013, upon consideration of plaintiff's motion to proceed in forma pauperis and her pro se complaint, it is ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. The complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

3. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this Order. If she fails to do so, her case will be CLOSED. Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court.

4. The Clerk shall furnish plaintiff with a blank copy of this Court's current standard form to be used by a plaintiff filing an action for employment discrimination bearing the civil action number for this case.

BY THE COURT:

*/s/ Norma L. Shapiro*
NORMA L. SHAPIRO, J.

Copy mailed to:
Cassandra Baker